AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

DC Dentistry
1712 I Street, NW
Suite 910
Washington, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Sherri Queener___ being duly sworn depose and say:

I am a(n) ___Special Agent for Federal Bureau of Investigation___ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

1712 I Street, NW, Suite 910, Washington, DC is a commercial office building that is white stone/concrete. The building consists of ten floors and a basement. "1712" is prominently displayed on the front of the building. The Art Gallery Grill is located in the same building at the street level. The building has a street level entrance with a small lobby that holds two elevator banks. DC Dentistry is located on the 9th floor. A small plate is located next to the door of DC Dentistry which reads "910 DC Dentistry Inc.". The marquee in the lobby of the building lists DC Dentistry and Afsaneh Tehrani in Suite 910.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

Attachment B

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

fruits, evidence, and instrumentalities,

concerning a violation of Title __18__ United States Code, Section(s) _§ 1035 and 1956(a)(1)_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

Thomas Zeno
Fraud and Public Corruption Section
(202) 514-6957

Signature of Affiant
Sherri Queener, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer