AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

DC Dentistry
1712 I Street, NW
Suite 910
Washington, DC

**SEARCH WARRANT**

CASE NUMBER: 05 - 0534M - 01

TO: __Sherri Queener__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Sherri Queener__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1712 I Street, NW, Suite 910, Washington, DC is a commercial office building that is white stone/concrete. The building consists of ten floors and a basement. "1712" is prominently displayed on the front of the building. The Art Gallery Grill is located in the same building at the street level. The building has a street level entrance with a small lobby that holds two elevator banks. DC Dentistry is located on the 9th floor. A small plate is located next to the door of DC Dentistry which reads "910 DC Dentistry Inc.". The marquee in the lobby of the building lists DC Dentistry and Afsaneh Tehrani in Suite 910.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

Attachment B

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __October 27, 2005__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

OCT 17 2005 @ 9:50 am at Washington, D.C.
Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10/17/05 | 10/18/05  8:05 A.M. | Afsaneh Tehrani |

INVENTORY MADE IN THE PRESENCE OF   Special Agent Mark Dargis

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached

FILED

OCT 21 2...

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*   10/21/05
U.S. Judge or U.S. Magistrate Judge   Date

## Inventory of Seized Items

Date: 10/18/2005

*DC Dentistry Inc.*
*1712 I Street NW*
*Washington DC*



| BOX | ITEM NUMBER | ROOM NUMBER | WALL NUMBER | WHERE FOUND | ITEM DESCRIPTION |
|---|---|---|---|---|---|
| | 9 | E | | Top of desk | Rolodex of business cards. |
| | 1 | F | | Closet F, upper left | Manila folder labeled "lab stuff returns". |
| | 17 | E | | Under table | Shred Box. |
| | 16 | E | | Cabinet 3 | Concordia Insurance Enrollment Forms. |
| | 15 | E | | Cabinet 2 | Patient files J - D. Martin. |
| | 14 | E | | Cabinet 2 | Patient files Francis - I |
| | 13 | E | | In cabinet behind receptionist desk on top of filing cabinets | Insurance EOB's (3 plastic bags full) |

# Inventory of Seized Items

Date: 10/18/2005

*DC Dentistry Inc.*
*1712 I Street NW*
*Washington DC*

| BOX | ITEM NUMBER | ROOM NUMBER | WALL NUMBER | WHERE FOUND | ITEM DESCRIPTION |
|---|---|---|---|---|---|
| | 12 | E | | Cabinet 3 right cabinet | Patient files (misc) M - V |
| | 19 | E | | Cabinet 2 | Patient files Phangagrom, Apirat - Sasay, Eden. |
| | 10 | E | | Cabinet 2 | Patient files C - Freeman. |
| | 20 | E | | Cabinet 2 | Patient files Martinez, Javee - Phan, T. |
| | 8 | E | | Top of Desk | Dental claim forms; fee schedule. |
| | 7 | E | | Cabinet 2 | Patient files A - B |
| | 6 | E | | Top of desk | Various account statements. |
| | 5 | E | | Top of desk | Patient account statements; Notebook. |

# Inventory of Seized Items

Date: 10/18/2005

*DC Dentistry Inc.*
*1712 I Street NW*
*Washington DC*

| BOX | ITEM NUMBER | ROOM NUMBER | WALL NUMBER | WHERE FOUND | ITEM DESCRIPTION |
|---|---|---|---|---|---|
| | 4 | E | | Cabinets 1 and 2 | patient files for all appointments for next 7 days. |
| | 3 | E | | Top of desk | Various documents and statements relating to insurance claims/ companies. DC Dentistry E-mail address. |
| | 2 | E | | Top of desk | 2004 appointment book. 2005 - 2006 appointment book. |
| | 11 | E | | Cabinet 3 right cabinet | Patient files. Forbes - Taibu |
| | 28 | E | | Cabinet 2 | Patient files Smaphout - Vlad. |
| | 37 | E | | Under desk - reception area | (1) MAXTOR 300 GB HD (Serial:A91T49FE) containing dd images of Emachine (Serial: CM341-100-03028. |
| | 36 | E | | Top of shelf/ cabinet 1 | Aetna Application Blue choice evidence of coverage booklet. |
| | 35 | E | | File Cabinet 1 | Receipts, yes dental labs, petty cash (file), holland knight, zuckermon fravely. |

# Inventory of Seized Items

Date: 10/18/2005

DC Dentistry Inc.
1712 I Street NW
Washington DC

| BOX | ITEM NUMBER | ROOM NUMBER | WALL NUMBER | WHERE FOUND | ITEM DESCRIPTION |
|---|---|---|---|---|---|
| | 34 | E | | file cabinet 1 | Invoices |
| | 33 | E | | Cabinet 1 file cabinet | Insurance EOBs. |
| | 32 | E | | File cabinet | Telephone, Fax, w9, w4 forms. |
| | 31 | E | | Area 4 left desk cabinet | Misc. Maximum fee schedules, 1 Notebook w/ patterson dental a supply invoice. |
| | 18 | E | | On desk in Area 4 | Appointment book 2005 |
| | 29 | E | | File Cabinet | Ads collection agency |
| | 38 | E | | Cabinet 2 | Patient files. Misc. |
| | 27 | E | | under desk | Patient fiels found under desk. Southern - Zegeye. Nonalpha. |

# Inventory of Seized Items

Date: 10/18/2005

DC Dentistry Inc.
1712 I Street NW
Washington DC

| BOX | ITEM NUMBER | ROOM NUMBER | WALL NUMBER | WHERE FOUND | ITEM DESCRIPTION |
|---|---|---|---|---|---|
| | 26 | E | | Cabinet 4 under desk | Patient files located under desk of E 4. Forrester - Wolf |
| | 25 | E | | Area 4 Desktop | Misc. Patient files, Bank Deposit records. |
| | 24 | E | | Cabinet 2 | Patient files. Waitkevich - Zewdu . Folder of one day visits & Esmeal, Mu |
| | 23 | E | | File cabinet 1 | Various files (ie: Daily account reports; patient account statements.) |
| | 22 | E | | Cabinet 1 in file cabinet | Bank stubs account #: 004877:054001204:001921-251652. |
| | 21 | E | | On top of filing cabinet 1 | Bag of receipts. |
| | 30 | E | | File Cabinet 1 | Beckend & Parkin Dental Supply. Blue choice. |

SIGNATURES: *A. Tehrani* / Afsaneh Tehrani    *[signature]*